# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KITT, et al.,<br><br>　　　　　Defendants. | Case No.  1:14-cv-01525-JLT (PC)<br><br>**ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETUN WITHIN THIRTY DAYS**<br><br>**(Doc. 17)**<br><br>**30-DAY DEADLINE** |

　　　　Plaintiff, Samuel Robinson, is a state prison inmate proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on September 9, 2014.  (Doc. 1.)  The Court has screened and dismissed Plaintiff's Original and First Amended Complaint for failure to state a cognizable claim.  (Docs. 1, 6, 11, 14.)  Plaintiff filed his Second Amended Complaint on May 4, 2015.  (Doc. 17.)  The Court screened the Second Amended Complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against Defendants A. Klange, M.D., A. Youssef, M.D., J. Lewis, Dr. Patel, Dr. Songer, and Dr. Kitts for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.  Fed. R. Civ. P. 8(a); *Swierkiewicz v. Sorema N. A.*, 534 U.S. 506, 512-15 (2002); *Austin v. Terhune*, 367 F.3d 1167, 1171 (9th Cir. 2004); *Jackson v. Carey*, 353 F.3d 750, 754 (9th Cir. 2003); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

1

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   **A. KLANGE, M.D.**

   **A. YOUSSEF, M.D.**

   **J. LEWIS**

   **Dr. PATEL**

   **Dr. SONGER**

   **Dr. KITTS**

2. The Clerk of the Court shall send Plaintiff six USM-285 forms, six summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint, filed on May 4, 2015 (Doc. 17).

3. **Within 30 days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

   a. Completed summons for each of the defendants listed above;

   b. One completed USM-285 form for each of the defendants listed above; and

   c. Seven copies of the endorsed Complaint, filed May 4, 2015 (Doc. 17).

4. Plaintiff need not attempt service on any defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 11, 2015**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE