# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROBINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>KITT, et al.,<br><br>   Defendants. | Case No.: 1:14-cv-01525 – JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF USM SERVICE FORM<br><br>(Doc. 21) |

Plaintiff, Samuel Robinson, is a state prison inmate proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff's Second Amended Complaint was screened and found to state a cognizable claim for relief under section 1983 against Defendants A. Klange, M.D., A. Youssef, M.D., J. Lewis, Dr. Patel, Dr. Songer, and Dr. Kitts for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment (Doc. 18) and service by the United States Marshall was ordered on September 11, 2015 (Doc. 20).  Before the Court is a motion Plaintiff filed on October 9, 2015 in which he requests a copy of the USM-Form showing the date that service of process was accomplished on the above Defendants.  (Doc. 21.)

Plaintiff is referred to the docket entry for the order directing USM service of the Second Amended Complaint on Defendants which reflects that the deadline for such service is January 14, 2016.  (*See* Doc. 20.)  Once executed waivers for service of process are received, the USM will file them in this action and Plaintiff will be served with a copy.  If any of the Defendants decline to

execute a waiver, personal service will be attempted and the USM will file a proof of service after it is accomplished or if three attempts are unfruitful.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for a copy of the USM service form, filed on October 9, 2015 (Doc. 31), is **DENIED** as premature and the Clerk of the Court is to send Plaintiff a copy of the docket in this action.

**IT IS SO ORDERED**.

Dated: 10/19/15

Jennifer L. Thurston, United States Magistrate Judge