# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KITT, et al.,<br><br>　　　　　Defendants. | Case No.  1:14-cv-01525-DAD-JLT (PC)<br><br>**SECOND INFORMATIONAL ORDER - NOTICE AND WARNING OF REQUIREMENTS FOR OPPOSING DEFENDANTS' MOTION TO DISMISS**<br><br>**(Doc. 30)**<br><br>**21-DAY DEADLINE** |

　　　Defendants have filed a motion to dismiss this action.  Pursuant to *Woods v. Carey*, Nos. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir. Jul. 6, 2012), *Wyatt v. Terhune*, 315 F.3d 1108 (9th Cir. 2003), *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), the Court hereby notifies Plaintiff of the following rights and requirements for opposing the motion:

　　　1.  Unless otherwise ordered, all motions to dismiss shall be briefed pursuant to Local Rule 230(l).

　　　2.  Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion to dismiss.  Local Rule 230(l).  If Plaintiff fails to file an opposition or a statement of non-opposition to the motion, this action may be dismissed, with prejudice, for failure to prosecute.  Local Rule requires the opposition, or statement of non-opposition be filed not more than 21 days after the date of service of the motion.  *Id.*  However, Plaintiff is granted

1

1   21 days from the service of this order to file his opposition or statement of non-opposition.

2       3.  The failure to comply with this order, the Federal Rules of Civil Procedure, or the
3   Local Rules of the Eastern District of California may result in the imposition of sanctions
4   including but not limited to dismissal of the action or entry of default.

IT IS SO ORDERED.

Dated:   **January 21, 2016**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE