# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROBINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>VICTOR V. KITT, et al.,<br><br>        Defendants. | 1:14-cv-01525-DAD-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS; ORDER STRIKING ORDER GRANTING EXTENSION SIGNED ON JANUARY 25, 2016 (Doc. 31, 33)<br><br>30-DAY DEADLINE |

On January 20, 2016, Plaintiff filed a motion to extend time to file an opposition to Defendants' motion to dismiss. The order signed on January 25, 2016 (Doc. 33) contained a clerical error that granted Plaintiff an extension to file a first amended complaint, rather than his opposition to the motion to dismiss. Thus, the Court **ORDERS** that Plaintiff is granted 30 days to file an opposition to Defendants' motion to dismiss and the order which granted Plaintiff an extension of time to file a first amended complaint, signed on January 25, 2016 (Doc. 33), is **STRICKEN**.

IT IS SO ORDERED.

    Dated: **January 26, 2016**            **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE