UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROBINSON,<br><br>           Plaintiff,<br><br>     v.<br><br>VICTOR V. KITT, et al.,<br><br>           Defendant. | 1:14-cv-01525 JLT (PC)<br><br>ORDER DISCHARGING OSC AND DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docs. 35, 39) |

On March 15, 2016, the Court ordered Plaintiff to show cause why this action should not be dismissed based on his failure to obey a court order and prosecute this action since he failed file an opposition or statement of non-opposition to Defendant's motion to dismiss. (Doc. 35.) On April 7, 2016, Plaintiff filed a response indicating that he had prepared an opposition, but inadvertently sent it to the wrong address. (Doc. 39.) Indeed, Plaintiff's opposition has been received and filed in this action. (Doc. 36.) Thus, the order to show cause discharged.

Further, in his response to the order to show cause, Plaintiff requested the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1), *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). *Rand*, 113 F.3d at 1525.

However, without a reasonable method of securing and compensating counsel, the Court

1

1 will seek volunteer counsel only in the most serious and exceptional cases.  In determining
2 whether "exceptional circumstances exist, the district court must evaluate both the likelihood of
3 success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the
4 complexity of the legal issues involved." *Id*. (internal quotation marks and citations omitted).

5  In the present case, the Court does not find the required exceptional circumstances.  Even
6 if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations
7 which, if proved, would entitle him to relief, his case is not exceptional.  This Court is faced with
8 similar cases almost daily.  Further, at this early stage in the proceedings, the Court cannot make
9 a determination that plaintiff is likely to succeed on the merits, and based on a review of the
10 record in this case, the court does not find that Plaintiff cannot adequately articulate his claims.
11 *Id*.

12  Accordingly, it is HEREBY ORDERED that the order to show cause, issued on March 15,
13 2016 (Doc. 35), is DISCHARGED, and Plaintiff's motion for the appointment of counsel, filed on
14 April 7, 2016, is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:  **April 12, 2016**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE