# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KITT, et al,<br><br>　　　　　Defendants. | 1:14-cv-01525-DAD-JLT (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**<br><br>**(Doc. 38)**<br><br>**21-DAY DEADLINE** |

　　　　On April 6, 2016, Defendants filed a motion to dismiss. (Doc. 38.) Plaintiff has not responded as required. Local Rule 230(*l*). Accordingly, the Court **ORDERS**:

　　　　1.　　Plaintiff shall file an opposition or a statement of non-opposition to the motion within **21 days** from the date of service of this order; and

**Plaintiff is warned that the failure to comply with this order will result dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

　　Dated:　**May 19, 2016**　　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE